FILED

10 AUG -4 PM 2:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO GUERRERO-VALENZUELA (1),<br>EMELINE SANCHEZ (2),<br>JENNIFER PEREZ (3),<br><br>Defendants. | Case No. **10CR3097    DMS**<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Methamphetamine; Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including June 1, 2010, within the Southern District of California, and elsewhere, defendants ROBERTO GUERRERO-VALENZUELA, EMELINE SANCHEZ, and JENNIFER PEREZ did knowingly and intentionally conspire together and with each and with other persons known and unknown to the grand jury to import 500 kilograms and more of a mixture and substance containing a detectable amount, to wit: methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

TBS:jag(1):San Diego
8/2/10

<u>Count 2</u>

On or about June 1, 2010, within the Southern District of California, defendants ROBERTO GUERRERO-VALENZUELA, EMELINE SANCHEZ, and JENNIFER PEREZ did knowingly and intentionally import 500 kilograms and more of a mixture and substance containing a detectable amount, to wit: approximately 13.76 kilograms (30.27 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

<u>Count 3</u>

Beginning at a date unknown to the grand jury and continuing up to and including June 1, 2010, within the Southern District of California, and elsewhere, defendants ROBERTO GUERRERO-VALENZUELA, EMELINE SANCHEZ, and JENNIFER PEREZ did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//
//
//
//
//
//
//
//
//
//

## Count 4

On or about June 1, 2010, within the Southern District of California, defendants ROBERTO GUERRERO-VALENZUELA, EMELINE SANCHEZ, and JENNIFER PEREZ did knowingly and intentionally possess, with intent to distribute, 500 kilograms and more of a mixture and substance containing a detectable amount, to wit: approximately 13.76 kilograms (30.27 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 4, 2010.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
    THOMAS B. SNYDER
    Assistant U.S. Attorney